ORIGINAL

# In The United States Court of Federal Claims

RECEIVED
JAN 2 2 2003
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

## Cover Sheet

Plaintiff(s) or Petitioner(s)
___New Breed Leasing Corp.___

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)]   Philip J. Davis

Firm Name:   Wiley Rein & Fielding LLP

Post Office Box:   **03 - 115C**

Street Address:   1776 K Street, NW

City-State-Zip:   Washington, DC  20006

Telephone & Facsimile Numbers:   Tel: 202-719-7000; Fax: 202-719-7049

Is the attorney of record admitted to the Court of Federal Claims Bar? __YES__
If **NO**, please call (202) 219-9630 for admission papers and instructions.

• • •

Nature of suit code:   140

Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

• • •

Government Agency Involved:   PS
See attached Sheet for three digit code.

Amount Claimed:   $ Injunctive Relief and/or an amount to be determined.
If to be determined, put the phrase "to be determined" in Amount Claimed Space.

Vaccination Date:   (Vaccine Cases Only)

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 1, 2002