# In the United States Court of Federal Claims

No. 03-115 C



**NEW BREED LEASING CORP.,**

v.

**JUDGMENT**

**THE UNITED STATES**

Pursuant to the court's Order, filed April 2, 2003,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is in favor of defendant and the complaint is dismissed. Each party to bear its own costs.

Margaret M. Earnest<br>
Clerk of Court

**April 2, 2003**                    By: _[signature]_

Deputy Clerk

**NOTE:**   As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>.  Filing fee is $105.00.