**ORIGINAL**

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED

JUL 1 1 2003

U.S. COURT OF
FEDERAL CLAIMS

|  |  |
|---|---|
| NEW BREED LEASING CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 03-115C |
| v. ) | (Judge Baskir) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| APL LOGISTICS, LTD., ) | |
| ) | |
| Intervenor. ) | |

### JOINT MOTION TO MODIFY THE
### FINAL PROTECTIVE ORDER

New Breed Leasing Corp. ("New Breed") and APL Logistics, Ltd.

("APL") hereby respectfully request that the Court modify its June 25, 2003

Final Protective Order to direct the Clerk of Court to file Tab 52 of the

Administrative Record under seal. Counsel for Defendant concurs in this

request.

In their May 16, 2003 Joint Statement Regarding the Status of

Documents Filed Under Seal, the parties inadvertently labeled Tab 52 as

"Public." Tab 52, however, is a memorandum containing the United States



116

Postal Service's analysis of New Breed's and APL's prices.  As such, Tab 52 contains proprietary and source-selection-sensitive material, the release of which could result in competitive advantage to competitors of New Breed and APL, and should therefore be protected under the Court's Final Protective Order.

WHEREFORE, for the foregoing reasons, New Breed and APL respectfully request that the Court grant this Joint Motion To Modify the Final Protective Order.

Respectfully submitted,

NEW BREED LEASING CORP.

By: _____
Philip J. Davis

OF COUNSEL:

Phillip H. Harrington
Timothy W. Staley
Daniel P. Graham
WILEY REIN & FIELDING LLP
1776 K Street NW
Washington, DC  20006
TEL: 202.719.7000
FAX: 202.719.7049

WILEY REIN & FIELDING LLP
1776 K Street NW
Washington, DC  20006
TEL: 202.719.7000
FAX: 202.719.7049

Counsel of Record for
NEW BREED LEASING CORP.

Respectfully submitted,

Michael A. Gordon

_____
Michael A. Gordon       Atty J. Davis
Counsel for Intervenor, APL
Logistics, Ltd.

Of Counsel:
Donald C. Holmes, Esq.
Susan E. Hughes, Esq.
HOLMES, SCHWARTZ & GORDON
17 West Jefferson Street, Suite 202
Rockville, Maryland 20850

July 11, 2003

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**NEW BREED LEASING CORP.,**

    *Plaintiff*,

  v.

**UNITED STATES OF AMERICA,**

    *Defendant*,

  and

**APL LOGISTICS, LTD.,**

    *Intervenor*.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. 03-115C
(Judge Baskir)

## ORDER

   This matter comes before the Court on New Breed Leasing Corp.'s and APL Logistics, Ltd.'s Joint Motion To Modify the Final Protective Order.

   It is hereby:

   ORDERED that the Joint Motion To Modify the Final Protective Order is hereby granted.  The Clerk of Court is directed to remove Tab 52 of the Administrative Record from the Public files of the Court and to file Tab 52 under seal.

Dated:_____   _____

                Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of July 2003, I caused a copy of the foregoing Joint Motion To Modify the Final Protective Order to be served by facsimile to the following:

John H. Williamson, Esq.
Commercial Litigation Branch
Civil Division
U.S. Dep't of Justice
1101 L Street, NW, Room 12078
Washington, DC  20530

Michael A. Gordon, Esq.
Holmes, Schwartz & Gordon
17 West Jefferson Street
Suite 202
Rockville, MD 20850

By: 

Daniel P. Graham

WILEY REIN & FIELDING LLP